## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Chief Magistrate Judge Steven M. Gold |
| **DATE:** | December 29, 2015 |
| **TIME:** | 4:00 P.M. |
| **DOCKET NUMBER(S):** | CV-15-4244 (DLI) |
| **NAME OF CASE(S):** | ROBERSON V. EVERYBODY'S PLACE - L.I.C., INC. ET AL |
| **FOR PLAINTIFF(S):** | Hassan with Roberson |
| **FOR DEFENDANT(S):** | Goldstein |
| **NEXT CONFERENCE(S):** | (See rulings below) |
| **FTR/COURT REPORTER:** | 4:01-4:16 |

Counsel executed form consenting to reassignment of this case to the undersigned for all purposes.

For reasons stated on the record, and having reviewed the settlement agreement and the retainer agreement between plaintiff and his counsel, I find that "the agreement reflects a reasonable compromise of disputed issues [rather] than a mere waiver of statutory rights brought about by an employer's overreaching." Le v. SITA Information Networking Computing, USA, Inc., 2008 WL 724155 (E.D.N.Y. Mar. 13, 2008)(internal quotations and citation omitted). See also Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015).